Sherry Leah Witkoski Myers GROOMS *v.* Tony Edwin
MYERS, Nancy E. Myers, T. E. Myers Construction Co.,
Inc., Robert L. Bolin, Jr., Sandra Lea Bolin, Keith R.
Taylor, Kevin Charles Myers, Rebecca Lynn Myers, Donald
P. Alvis, and Hazel L. Alvis.

91-287                                                    823 S.W.2d 901

Supreme Court of Arkansas
Opinion delivered February 17, 1992

*J. Harrod Berry*, for appellant.

*Scott Manatt*, for appellees.

ROBERT H. DUDLEY, Justice. Sherry Grooms brought suit
against Troy Myers, Nancy Myers, T. E. Myers Construction
Co., Inc., Robert Bolin, Sandra Bolin, Kevin Myers, Rebecca
Myers, Keith Taylor, Donald Alvis, and Hazel Alvis.

Donald and Hazel Alvis moved to dismiss the action against
them. The chancellor granted the motion. Sherry Grooms seeks
to appeal the dismissal of the Alvises from the suit. We dismiss
the appeal for the lack of an appealable order, a jurisdictional
requirement we are obliged to raise even when the parties do not.
*Kilcrease* v. *Butler*, 291 Ark. 275, 724 S.W.2d 169 (1987).

This is yet another attempt to appeal from an order
dismissing one or some of the defendants when other defendants
remain in the case, and A.R.C.P. Rule 54(b) is not complied with.
We have issued numerous reminders that the rules of civil
procedure do not permit an appeal in such cases except in
accordance with Rule 54(b). *Kilcrease* v. *Butler*, 291 Ark. 275,
724 S.W.2d 169 (1987); *Arkhola Sand & Gravel Co.* v. *Hutchin-
son*, 289 Ark. 313, 711 S.W.2d 474 (1986); *Sherman* v. *G&H
Transp., Inc.*, 287 Ark. 25, 695 S.W.2d 832 (1985); *3-W Lumber*

*Co.* v. *Housing Authority of Batesville*, 287 Ark. 70, 696 S.W.2d 725 (1985); *Tulio* v. *Arkansas Blue Cross & Blue Shield, Inc.*, 283 Ark. 278, 675 S.W.2d 369 (1984); *Vermeer Mfg. Co.* v. *Vandiver Equip. Co. and Ford Motor Co.*, 279 Ark. 218, 650 S.W.2d 244 (1983). That was not done in this case, and the order is not appealable. Ark. R. App. P. 2.

Appeal dismissed without prejudice to an appeal from a final judgment.